William Blaisdell, Appellant, v. Long Island Railroad Company, Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Maria A. de Carrillo, Respondent, v. Luis F. Carrillo, Appellant.— Defendant's motion to postpone the hearing of the appeal granted, and case set down for Tuesday, February 29, 1916; motion to continue stay granted on condition that within five days defendant give a bond with sureties in the sum of $2,500, or give deposit security for the payment of plaintiff's judgment and orders; otherwise, motion denied and stay vacated. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ. Order to be settled before Mr. Justice Putnam.

Emma J. Delamater, Plaintiff, v. Saks & Company, Defendant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Lillian T. Dempsy, Appellant, v. Michael F. O'Rourke, as Administrator, etc., Appellant, and Emma R. Comly and Others, Respondents.— Motion granted upon condition that defendant, appellant, give a surety company bond in the sum of $4,000, conditioned to pay any loss which the respondents may sustain by reason of the delay caused by the appeal; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Isabella R. Doerfler, Appellant, v. Sarah E. Pottberg, Individually, etc., and Others, Defendants, and Abraham Doerfler, Respondent.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Rachael Dutcher, Respondent, v. John Wanamaker, Appellant.— Motion granted and case set down for Monday, March 6, 1916. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Injunction Order Restraining Frederick C. Volckening from Trafficking in Liquors under Liquor Tax Certificate No. 7,856, etc.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Adrian O. Schoonmaker and Others, for a Peremptory Writ of Mandamus, etc. In the Matter of Starr Street, etc.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Margaret Mack, Respondent, v. John Wanamaker, Appellant.— Motion granted and case set down for Monday, March 6, 1916. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Charles W. Martyne, Appellant, v. American Union Fire Insurance Company, etc., Respondent. (Actions Nos. 1, 2, 3 and 4.) — Motion granted and separate orders to be entered. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Francis P. McNichol, as Executor, etc., Appellant, v. Annie E. Sliney,